HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
TREVOR LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:14-mj-00017-MJS |
| Plaintiff, | **STIPULATION FOR DEFENDANT TO APPEAR BY VIDEO CONFERENCE FOR CHANGE OF PLEA AND SENTENCING HEARING; ORDER** |
| vs. | |
| TREVOR LEE, | |
| Defendant. | Date: August 12, 2014<br>Time: 10:00 A.M.<br>Judge: Hon. Michael J. Seng |

The parties hereto, through their respective attorneys of record, stipulate and thereby jointly move this Court to permit the defendant, Trevor Lee, to waive his right to be personally present at his change of plea and sentencing hearing scheduled on the above-mentioned date, and instead appear by video conference from a United States Courthouse in the Northern District of Ohio.  The parties make this request pursuant to Fed. R. Crim. P. 43(b)(2).

Mr. Lee has been in settlement discussions with the government through his attorney, Assistant Federal Defender Jerome Price.  The parties have agreed on a resolution of this matter.  Pursuant to the Change of Plea Agreement, Mr. Lee will plead guilty to Counts One, Two, Five, Eight, and Nine of the Criminal Complaint and the government will move to dismiss Counts Three, Four, Six, and Seven.  Both parties will jointly recommend that Mr. Lee be placed on a 12-month period of unsupervised probation and pay a $1,500 fine.  Mr. Lee lives in Ohio and it

1   would pose a financial hardship to fly to California to appear in court.  Mr. Lee requests that the
2   Court accept his waiver of his right to be personally present at the proceedings on August 12,
3   2014.  Mr. Lee agrees that his interests shall be represented at all times by the presence of his
4   attorney of record, the Office of the Federal Defender for the Eastern District of California, the
5   same as if he were personally present.

Respectfully submitted,

BENJAMIN J. WAGNER
United States Attorney

Dated:  August 4, 2014         /s/ Matthew McNease
MATTHEW McNEASE
Acting Legal Officer
National Park Service
Yosemite National Park

Dated:  August 4, 2014         HEATHER E. WILLIAMS
Federal Defender

/s/  Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
TREVOR LEE

# O R D E R

Good cause appearing, the above Stipulation is accepted and adopted as the Order of the Court.  Defendant Lee may appear at his change of plea and sentencing hearing in Case No. 6:14-mj-00017-MJS  by video conference.

IT IS SO ORDERED.

Dated:   August 6, 2014          /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE